**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BETTINA CORTES and
PEDRO CORTES,

                   Plaintiffs,

vs.                                                         Case No. 3:15-cv-1012-J-34JRK

ZIMMER, INC., ZIMMER HOLDINGS,
INC., and ZIMMER ORTHOPAEDIC
SURGICAL PRODUCTS, INC.

                   Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 25; Report), entered on April 26, 2016, recommending that this case be dismissed without prejudice for failure to prosecute pursuant to Rule 3.10(a), Local Rules, Middle District of Florida. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby **ORDERED:**

1. Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 25) is **ADOPTED**.

2. This case is **DISMISSED without prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of May, 2016.

*MARCIA MORALES HOWARD*
United States District Judge

i34
Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record
Pro Se Parties